# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON G. DEMOUCHETTE, JR.

NO. 2023 KW 0907

**NOVEMBER 6, 2023**

---

In Re:    Preston G. Demouchette, Jr., applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 89,969.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction of all criminal writ applications . . . relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_Augusta B Willins_
DEPUTY CLERK OF COURT
FOR THE COURT